IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAUSTO L. LOPEZ,

   Petitioner,

    v.

ANTHONY HAYNES
WARDEN,

   Respondent.

CIVIL ACTION FILE
NO. 1:10-CV-4243-TWT

### ORDER

This is a pro se Petition for a writ of habeas corpus. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action. For the reasons set forth in the Report and Recommendation, this action is filed in the wrong district. I approve and adopt the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 16 day of March, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Lopez\10cv4243\r&r.wpd